UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STEVEN J. KANIADAKIS**

    **Plaintiff,**

v.                                            **CIVIL ACTION NO: 8:17-cv-1346-T-17-JSS**

**THE EXECUTIVE BOARDS
OF DIRECTORS,
SALESFORCE.COM, INC.,** *et al,*


    **Defendants.**
_____/


**MOTION TO COURT**

Plaintiff filed **Doc 74.** The local rule requires parties to attempt communication and resolution on issues. Plaintiff Kaniadakis reported that he will update This Court about Doc 74 and related hearing request on pending issues.

    The Executive Board of Directors, Salesforce.com, Inc., *et al.* ("Salesforce") defense counsel was contacted for a couple of days and over e-mail and telephone communications about Doc. 74 and related issues. Salesforce's defense counsel finally made contact back late yesterday. **PLAINTIFF'S EXHBIT "1"**, attached today. There appears to continue to be no resolution despite Plaintiff's continued good will efforts, and defense remained vague and non-committal on any/all issues pending including but not limited to any opposition or non-opposition to Plaintiff's respectfully proposed move for a hearing on issues.

**Local Civ. Rule 3.01(g) Certification:**

    Plaintiff contacted each of the two teams of Defendant Salesforce's defense counsel persons. See, **EXH "1"**, attached today, and as documented with Doc 74. Plaintiff Kaniadakis

1

could not get Defendant Salesforce to reach a resolution in this case. Parties meet and confer requirement has been satisfied on this case, and pursuant to this above captioned filed today.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on **DECEMBER 13, 2017**, I electronically filed the foregoing using the Management/Electronic Case Filing system ("CM/ECF") which will send a Notice of Electronic Filings to the following CM/ECF Defendants', participants, and co-Defendants of foregoing captioned to each of the following Defendants on the same business date

**Defendant's counsel;**

**Manuel Kushner, Esq.**
Florida Bar No. 330957
ARNOLD & PORTER KAYE SCHOLER, LLP
Phillips Point, East Tower
Suite 1000
West Palm Beach, FL  33401-6152
Tel.:  561-802-3230
Fax:  561-802-3217
e-mail:  Manuel.kushner@apks.com
Trial Counsel for Defendant
Salesforce.com, Inc.

**Peter Root, Esq.**
Arnold & Porter Kaye Scholer, LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-2112
P: +1-650-319-4506,
F: +1-650-319.4906
e-mail: Peter.Root@apks.com
Main/Lead/Controlling Counsel for Defendant
The Executive Board of Directors, Salesforce.com, Inc., *et al*.

Dated this, **13th.** day of **DECEMBER**, **2017.**

**Respectfully Submitted,**

/Steven J. Kaniadakis/

Steven J. Kaniadakis,
Plaintiff, *Pro se*
stevenkdpm@yahoo.com
2895 64th Avenue South
St. Petersburg, FL 33712-5554
Telephone: 727-871-9999