FILED

2019 JAN 24  PM 12: 29

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STEVEN J. KANIADAKIS

    Plaintiff,

v.                                  CIVIL ACTION NO: 8:17-cv-1346-T-17-JSS

SALESFORCE.COM, INC.,

    Defendant.

_____/

## MOTION FOR STAY ON PROCEEDINGS

Plaintiff respectfully requests Court to allow a stay of proceedings in this case.

Plaintiff, Dr. Steven J. Kaniadakis, feels that he has been effectively abandoned or left in the lurch by his attorney, Mr. Thomas Stanton.

Plaintiff's current legal counsel, Mr. Thomas Stanton, has in his control and possession of all supplemental documents for discovery as well as pending documents to be produced to Defendant prepared for Bates identification and for sending to Defendant.

I am continued rely on and continuing to relay upon Plaintiff counsel's assistance, Mr. Thomas Stanton. However, certain counsels' representations, perhaps counsel's misrepresentations, have been apparently proffered to His Honor in recent past telephonic

hearing and at the most recent telephonic hearing date of Friday, January 18, 2018, and with counsel's hearing brief.

For instance, Plaintiff, Dr. Steven J. Kaniadakis, prepared his interrogatories as requested by counsel before the January 18, 2018 hearing, at an earlier date. However, Plaintiff Dr. Kaniadakis' interrogatory "answers" were not previously supplied or addressed at the hearing by and through Plaintiff's counsel. See attached, **EXHIBIT 1**. For example, Plaintiff believes that certain misrepresentations were proffered by counsel and defense counsel's January 17, 2019 hearing brief, which it supplied to His Honor. Plaintiff's counsel has relayed upon for his assistance to answer the legal basis interrogatories, especially with Defendant's interrogatory number one (1), legal theory. Counsel requested more time, when Plaintiff intended to move forward. Counsel proffered that Plaintiff did not supply "any" discovery to Defendant and this discovery is a subject Plaintiff prays will be addressed very soon in a hearing brief and prays to be heard at another hearing. It appears that counsel is attempting to shovel the truth under the rug, along with Plaintiff's continued interests to seek his rights to justice. Counsel is relying upon Plaintiff's good nature. But, enough is enough.

Plaintiff submits that just as Defendant's position was that there was no need to turn to the specifications, defense counsel now goes on to send its letter to This Court in effect pre-empting claims construction hearing by abbreviating or mischaracterizing the patent claims as only an interactive command graphic and to make assertions about prior art. While at the Motion to Dismiss ("MTD") hearing Plaintiff's counsel outlined basically said the inventive concept or inventive steps. Defendant cannot "cut out" the other inventive step(s) from the

claims. This is certainly not the time or place to take another shot at the merits of this case, because His Honor has ruled at the MTD hearing.

Plaintiff Dr. Steven J. Kaniadakis intends to comply with His Honor's Order to the best of his ability and his knowledge by Friday, January 25, 2019, however, by and through his attorney, Mr. Thomas Stanton.

Mr. Thomas Stanton has stated that he is intending to soon withdraw as Plaintiff's counsel.

Attached as **EXHIBIT 2** is a letter which was purportedly sent to defense counsel, among Plaintiff's concerns which have been Plaintiff's concerns which yet to be addressed to His Honor, even prior to this letter and this above titled Motion to His Honor today.

1. Plaintiff requests His Honor to arrange an *in camera* hearing on this above titled Motion.
2. Plaintiff requests His Honor to arrange a hearing concerning issues as purported to His Honor by defense counsel's hearing brief and Plaintiff's concerns about discovery and related matters. Opposed to expending more time awaiting Defendant to meet and confer, Plaintiff requests a hearing be arranged between the parties.

Although Plaintiff's attorney claims that has not been able to meet and confer with defense. Plaintiff will update His Honor on matters about any update on his request for a hearing on all matters and on defense counsel's ability to meet any sooner on the Plaintiff's further seeking discovery from Defendant's side. Defense counsel found time to file its paper.

Respectfully Submitted,

Steven J. Kaniadakis

Page **3** of **4**

**CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY THAT on **JANUARY 24, 2019**, I filed the foregoing Motion with the Clerk of Court by hand and that this will be electronically filed the foregoing using the Management/Electronic Case Filing system ("CM/ECF") which will be sent a Notice of Electronic Filings to the following CM/ECF Defendant of foregoing captioned to each of the following on the same business date, should This Court enter this in the record from chambers as ordered:

**Defendant's counsel;**

**Manuel Kushner, Esq.**
Florida Bar No. 330957
ARNOLD & PORTER KAYE SCHOLER, LLP
Phillips Point, East Tower
Suite 1000
West Palm Beach, FL 33401-6152
Tel.: 561-802-3230
Fax: 561-802-3217
e-mail: Manuel.kushner@apks.com

**Jeffrey A. Miller (Substituted counsel)**
Phone: 1-650-319-4538
E-mail: jeffrey.miller@apks.com

Dated this, **24rd.** day of **JANUARY 2019**,

Respectfully Submitted, Plaintiff,

Steven J. Kaniadakis,
Plaintiff, *Pro se*
stevenkdpm@yahoo.com
2895 64th Avenue South
St. Petersburg, FL 33712-5554
Telephone: 727-871-9999