# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STEVEN J. KANIADAKIS,

    Plaintiff,

v.                                    CIVIL ACTION NO: 8:17-cv-1346-WFJ-JSS

SALESFORCE.COM, INC.

    Defendant.

_____/

## NOTICE OF SELECTION OF MEDIATOR AND CMR COMPLIANCE

PLAINTIFF KANIADAKIS is pleased to update, notify and file this above captioned Notice today. The following has been agreed upon by the parties in this case. The mediation and mediator is:

Jim Matulis

http://www.matulis-law.com/

Mr. Matulis is an approved mediator from the list of mediators from the U.S. Court's Middle District of Florida, Tampa Division's list.

The parties in the above styled case have agreed to this above named mediator. The mediation has been scheduled for **February 22, 2019** starting mediation time is at **9:00 A.M. Eastern Standard Time (EST, EDT) zone.** The mediation will take place in the Tampa Bay area, and parties will update the Court upon the precise location.

## RULE 3.01(g) CERTIFICATION

Pursuant to **Local Rule 3.01(g)**, United States District Court, Middle District of Florida, the undersigned certifies that Plaintiff has conferred with Defendant's counsel Jeffrey A. Miller by e-mail and telephone call on **January 28th. and 31th., 2019** in good faith regarding sought resolution moving forward in this motion. Plaintiff will update the Court in regards to excess pages, because messages were left and opposing counsel were not available today. Otherwise, parties meet and confer requirement has been satisfied on this case, and pursuant to this motion filed today.

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT on **JANUARY 31, 2019**, I electronically filed the foregoing using the Management/Electronic Case Filing system ("CM/ECF") which will send a Notice of Electronic Filings to the following CM/ECF Defendants', participants, and co-Defendants of foregoing captioned to each of the following Defendants on the same business date:

**For The Defendant;**
**Defense counsel;**
**c/o Manuel Kushner, Esq.**
Florida Bar No. 330957
ARNOLD & PORTER KAYE SCHOLER, LLP
Phillips Point, East Tower
Suite 1000
West Palm Beach, FL  33401-6152
Tel.:  561-802-3230
Fax:  561-802-3217
e-mail:  Manuel.kushner@apks.com
Trial Counsel for Defendant
Salesforce.com, Inc.

**Jeffrey A. Miller (main, substituted defense)**
Arnold & Porter Kaye Scholer, LLP, Partner
3000 El Camino Real Five Palo Alto Square, Suite 500
Palo Alto, CA  94306-3807 "Silicon Valley"
Phone: 1-650-319-4538
E-mail: jeffrey.miller@apks.co

Dated this, **31TH.** day of **JANUARY**, **2019.**

**Respectfully Submitted,**

**/Steven J. Kaniadakis/**
_____

Steven J. Kaniadakis,
Plaintiff, *Pro se*
stevenkdpm@yahoo.com
2895 64th Avenue South
St. Petersburg, FL 33712-5554
Telephone: 727-871-9999