**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| STEVEN J. KANIADAKIS, | ) |
| Plaintiff, | ) Case No.: 8:17-cv-1346-WFJ-JSS |
| v. | ) and, |
| SALESFORCE.COM, INC., | ) Case No.: 8:17-cv-1195-T-17JSS |
| Defendant. | ) |

## STIPULATION OF DISMISSAL OF CASE AND ALL COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate, by and through undersigned counsel of record, that Defendant's counterclaims be voluntarily dismissed without prejudice, subject to the terms of the parties' March 6, 2019 Joint Stipulation (Dkt. 203) as well as the agreement between the Parties dated March 22, 2019. Plaintiff's claims were previously dismissed with prejudice (Dkt. 194). Each Party shall bear its own attorneys' fees and costs.

March 22, 2019

       */s/ Jeffrey Miller*
Jeffrey Miller
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-2112
Tel.:   650-319-4538
Fax:    650-319-4908
Email:  Jeffrey.miller@arnoldporter.com

and

      */s/ Steven J. Kaniadakis*
Steven J. Kaniadakis
Telephone: 727-871-9999
Email: stevenkdpm@yahoo.com